# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARVIN JONES

NO. 2020 KW 0698

**SEPTEMBER 28, 2020**

---

In Re:   Marvin Jones, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 14043.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED.** The district court is instructed to rule on relator's application for postconviction relief filed September 15, 2014, on or before October 30, 2020.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT